IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JUAN JIMENEZ-NAVA, | § | |
| | § | |
| Movant, | § | |
| | § | |
| VS. | § | NO. 4:20-CV-476-A |
| | § | (NO. 4:18-CR-093-A) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

FINAL JUDGMENT

In accordance with the memorandum opinion and order signed this date,

The court ORDERS, ADJUDGES, and DECREES that all relief sought by movant, Juan Jimenez-Nava, in the motion he filed under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence be, and is hereby, denied.

SIGNED December 30, 2020.

_____
JOHN McBRYDE
United States District Judge