**FILED**
**October 27, 2021**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 27, 2021
Lyle W. Cayce
Clerk

No. 21-10076

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

JUAN JIMENEZ-NAVA

*Defendant—Appellant.*

_____

Application for a Certificate of Appealability from the
United States District Court for the Northern District of Texas
USDC No. 4:20-CV-476-A

_____

ORDER:

IT IS ORDERED that the Appellant's motion for a Certificate of Appealability is DENIED.

IT IS FURTHER ORDERED that the Appellant's motion to proceed in forma pauperis on appeal is DENIED.

/s/ James E. Graves, Jr.

_____
JAMES E. GRAVES
*United States Circuit Judge*